**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

April 13, 2022

**VIA ECF**
Hon. John P. Cronan, U.S.D.J.
U.S.D.C. for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Yensy Contreras v. Anaheim Ducks Hockey Club, LLC*
              Case No. 1:21-cv-09447-JPC

Dear Judge Cronan:

      We represent defendant Anaheim Ducks Hockey Club, LLC ("Defendant") in the above-referenced action. We write in connection with Your Honor's Order, dated March 7, 2022 and Defendant's anticipated motion to compel arbitration. In accordance with Your Honor's Order, the parties engaged in limited discovery regarding Plaintiff Yensy Contreras' ("Plaintiff") alleged usage of the website at issue. Based on the information provided to date, Defendant has made the decision not to pursue a motion to compel arbitration at this time. However, Defendant reserves the right to request leave to make such a motion in the future depending on information obtained during discovery in this action.

      We thank Your Honor for Your consideration of the foregoing.

                                            Respectfully submitted,

                                            */s/ Sean J. Kirby*
                                            Sean J. Kirby

cc:    All counsel of record via ECF